**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-45114 MXM | Judge: | MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|
| Case Name: | Kjc Auto Title Loan Corp - North Texas | | | Date Filed (f) or Converted (c): | 12/29/2015 (f) |
| | | | | 341(a) Meeting Date: | 03/18/2016 |
| For Period Ending: | 09/30/2019 | | | Claims Bar Date: | 04/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Account (apprx.) - Frost Bank Checking account | 15,500.00 | 33,363.64 | | 33,363.64 | FA |
| 2. disputed interest in auto title loans and CSO fees | Unknown | 82,722.41 | | 111,857.37 | FA |
| 3. Equipment (apprx.) | 10,000.00 | 9,687.70 | | 9,687.70 | FA |
| 4. Office furniture and fixtures (apprx.) desks, misc. office equipment and cubicles located at Chicago leasehold (estimated) $250.00 (u) | 10,250.00 | 11,963.28 | | 11,963.28 | FA |
| 5. Void | 0.00 | 0.00 | | 0.00 | FA |
| 6. Claims against Wellshire Financial Services LLC | Unknown | 0.00 | | 0.00 | FA |
| 7. Refunds (u) | 8,903.21 | 8,903.21 | | 9,025.61 | FA |
| 8. Office Fixtures (u) | 4,241.76 | 4,241.76 | | 4,241.76 | FA |
| 9. Breach of Fiduciary Duty (BOFD) Claim (u) Trustee intervened in adversary No. 15-04109 Storehouse Lending v. KJC Auto Title Loan Corp et al. Trustee on behalf of Debtor's estate is now the owner of such breach of fiduciary duty claim. AIG issued the policy. Policy limits 1mil. | 600,000.00 | 600,000.00 | | 600,000.00 | FA |
| 10. Void | 0.00 | 0.00 | | 0.00 | FA |
| 11. http://www.kjc123.com/ | Unknown | 0.00 | | 0.00 | FA |
| 12. Claims against Storehouse Lending LLC | Unknown | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 15-45114 MXM | Judge: | MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|
| Case Name: | Kjc Auto Title Loan Corp - North Texas | | | Date Filed (f) or Converted (c): | 12/29/2015 (f) |
| | | | | 341(a) Meeting Date: | 03/18/2016 |
| For Period Ending: | 09/30/2019 | | | Claims Bar Date: | 04/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. Kiosk locations Leasehold<br><br>6400-3 South Congress Austin TX 78745<br>5016 E Lancaster Ave Ste 100 Fort Worth TX 76103<br>5525 Blanco Rd., Suite 120 San Antonio, TX 78216<br>11422 S.W. Freeway Ste 400 Houston TX 77031<br>3926 Aldine Mail Route Ste C Houston TX 77039<br>131 West Southmore Pasadena TX 77502<br>1300 S 23rd Street McAllen, TX 78501<br>Leasehold | 0.00 | 0.00 | | 0.00 | FA |
| 14. Void | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2010 Chevy Malibu 1G1ZC5EB0AF130504-Houston (u) | 5,500.00 | 2,700.00 | | 2,700.00 | FA |
| 16. 2011 Mazda CX-7 JM3ER2B52B0356007-SAN ANTONIO (u) | 8,900.00 | 5,600.00 | | 5,600.00 | FA |
| 17. 2006 kIA Sorento KNDJD733065538703 - HARLINGEN (u) | 1,500.00 | 0.00 | | 0.00 | FA |
| 18. 2005 FORD 500 1FAFP23135G158519-DFW | 1,500.00 | 1,500.00 | | 1,378.27 | FA |
| 19. 2007 Hyundai SONATA 5NPET46C67H216678 - San Antonio (u) | 1,500.00 | 1,100.00 | | 1,100.00 | FA |
| 20. 2002 GMC YUKON 1GKEC13Z62R150873-DFW | 3,500.00 | 0.00 | | 0.00 | FA |
| 21. 2005 FORD F150 1FTRX12W05FA79510-DFW | 4,000.00 | 0.00 | | 0.00 | FA |
| 22. 2010 FORD FOCUS 1FAHP3FN4AW232088-HOUSTON (u) | 4,500.00 | 2,745.45 | | 2,745.45 | FA |
| 23. Office Location 8509 Western Hills Blvd. #100 Forth Worth, TX<br><br>TX Leasehold | 0.00 | 0.00 | | 0.00 | FA |
| 24. Office Location 800 West Fifth Avenue, Suite 100A, Naperville, Illinois 60563 Leasehold (u) | Unknown | 0.00 | | 0.00 | FA |
| 25. Ken Philips Turnover of Avoidable Payment<br><br>Demand letter sent October 3, 2017; Adversary filed: 17-04191 | 288,895.03 | 288,895.03 | | 28,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-45114 | MXM | Judge: | MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |
| Case Name: | Kjc Auto Title Loan Corp - North Texas | | | | Date Filed (f) or Converted (c): | 12/29/2015 (f) |
| | | | | | 341(a) Meeting Date: | 03/18/2016 |
| For Period Ending: | 09/30/2019 | | | | Claims Bar Date: | 04/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. Adversary Proceeding Kenneth Phillips et al Defendant Avoid/ trustee determined there was no value after further evaluation and case was dismissed | 167,913.00 | 167,913.00 | | 0.00 | FA |
| 27. John and Margaret Nebens Turnover of Avoidable Payment  Demand letter sent October 3, 2017; Adversary filed: 17-04161 | 261,750.00 | 261,750.00 | | 51,099.00 | FA |
| 28. Kimberly Black Turnover of Avoidable Payment  Demand letter sent October 3, 2017; Adversary filed: 17-04175 | 291,250.13 | 291,250.13 | | 20,000.00 | FA |
| 29. Dr. Jamie Boss Turnover of Avoidable Payment  Demand letter sent October 3, 2017 | 523,258.37 | 523,258.37 | | 35,000.00 | FA |
| 30. Donald Jr. and Jill Laurence Turnover of Avoidable Payment  Demand letter sent October 3, 2017; Adversary filed: 17-04162 | 145,416.74 | 145,416.74 | | 28,388.00 | FA |
| 31. void | 0.00 | 0.00 | | 0.00 | FA |
| 32. Neyle Froh Turnover of Avoidable Payment  Demand letter sent October 3, 2017; Adversary filed: 17-04196 | 73,666.52 | 73,666.52 | | 2,500.00 | FA |
| 33. Void | 0.00 | 0.00 | | 0.00 | FA |
| 34. Void | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No: | 15-45114 MXM | Judge: MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |
| Case Name: | Kjc Auto Title Loan Corp - North Texas | | Date Filed (f) or Converted (c): | 12/29/2015 (f) |
| | | | 341(a) Meeting Date: | 03/18/2016 |
| For Period Ending: | 09/30/2019 | | Claims Bar Date: | 04/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 35. Paige Nebens  Turnover of Avoidable Payment<br><br>Demand letter sent October 3, 2017 - trustee determined there was no value after further evaluation | 42,750.00 | 42,750.00 | | 0.00 | FA |
| 36. Michael W. Morris  Turnover of Avoidable Payment<br><br>Demand letter sent October 3, 2017; trustee determined there was no value after further evaluation | 20,211.00 | 20,211.00 | | 0.00 | FA |
| 37. B. L. Stokes Ltd  Turnover of Avoidable Payment<br><br>Demand letter sent October 3, 2017 | 102,500.00 | 102,500.00 | | 42,000.00 | FA |
| 38. David Shaw  Turnover of Avoidable Payment<br><br>Demand letter sent October 3, 2017<br>This asset is broken out from asset no. 70:  Payments to Insiders Within Last Year<br><br>Adversary filed:  17-04184 | 36,260.15 | 36,260.15 | | 3,333.33 | FA |
| 39. Sara Shaw  Turnover of Avoiodable Payment<br><br>Demand letter sent October 3, 2017; Adversary filed:  17-04179 | 43,386.47 | 43,386.47 | | 3,333.34 | FA |
| 40. Margaret Shaw  Turnover of Avoidable Payment<br><br>Demand letter sent October 3, 2017; Adversary filed:  17-04177 | 36,790.43 | 36,790.43 | | 3,333.33 | FA |
| 41. Stan Shaw  Turnover of Avoidable Payment<br><br>Demand letter sent October 3, 2017; Adversary filed:  17-04187 | 532,707.50 | 532,707.50 | | 40,000.00 | FA |
| 42. Harold and Marcia Recer  Turnover of Avoidable Payment<br><br>Demand letter sent October 3, 2017; Adversary filed:  17-04172 | 103,200.00 | 103,200.00 | | 2,500.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 15-45114 | MXM | Judge: | MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Kjc Auto Title Loan Corp - North Texas | | | | Date Filed (f) or Converted (c): | 12/29/2015 (f) |
| | | | | | 341(a) Meeting Date: | 03/18/2016 |
| For Period Ending: | 09/30/2019 | | | | Claims Bar Date: | 04/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 43. Karl Kinsel Turnover of Avoidable Payment<br><br>Demand letter sent October 3, 2017; Adversary filed: 17-04173 | 144,166.64 | 144,166.64 | | 2,500.00 | FA |
| 44. Michael and Valerie Oldfather Turnover of Avoidable Payment<br><br>Demand letter sent October 3, 2017; Adversary filed: 17-04189 - suit dismissed - trustee determined there was no value after further evaluation | 24,895.97 | 24,895.97 | | 0.00 | FA |
| 45. Paul Clark Turnover of Avoidable Payment<br><br>Demand letter sent October 3, 2017 - trustee determined there was no value after further evaluation | 63,934.39 | 63,934.39 | | 0.00 | FA |
| 46. Bob Harvey Turnover of Avoidable Payment<br><br>Demand letter sent October 11, 2017 | 115,000.00 | 115,000.00 | | 38,500.00 | FA |
| 47. Brunell 1997 Investment Trust<br><br>Demand letter sent October 11, 2017 (global settlement with asset no. 48 Brunell Childrens Trust) | 146,666.52 | 146,666.52 | | 0.00 | FA |
| 48. Brunell Children's Trust<br><br>Demand letter sent October 11, 2017 | 73,333.48 | 73,333.48 | | 5,000.00 | FA |
| 49. Charles Recer Turnover of Avoidable Payment<br><br>Demand letter sent October 11, 2017; Adversary filed: 17-04165; trustee determined there was no value after further evaluation | 57,559.15 | 57,559.15 | | 0.00 | FA |
| 50. Diane Borchardt aka fka nka Diane Webb Turnover of Avoidable<br><br>Adversary filed: 17-04171 - trustee determined there was no value after further evaluation | 94,757.59 | 94,757.59 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-45114 MXM | Judge: | MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|
| Case Name: | Kjc Auto Title Loan Corp - North Texas | | | Date Filed (f) or Converted (c): | 12/29/2015 (f) |
| | | | | 341(a) Meeting Date: | 03/18/2016 |
| For Period Ending: | 09/30/2019 | | | Claims Bar Date: | 04/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 51. Derek and Caliste Burt Turnover of Avoidable Payment | 70,500.00 | 70,500.00 | | 0.00 | FA |
| Demand letter sent October 11, 2017; Adversary filed: 17-04166; trustee determined there was no value after further evaluation | | | | | |
| 52. Gail Gaines Turnover of Avoidable Payment | 74,714.52 | 74,714.52 | | 10,000.00 | FA |
| Demand letter sent October 11, 2017 | | | | | |
| 53. George Britton, Sr. Turnover of Avoidable Payment | 210,000.02 | 210,000.02 | | 2,500.00 | FA |
| Demand letter sent October 11, 2017; 17-04182 adversary filed | | | | | |
| 54. Gregg Falgout Turnover of Avoidable Payment | 105,833.32 | 105,833.32 | | 2,500.00 | FA |
| Demand letter sent October 11, 2017; 17-04183 adversary filed | | | | | |
| 55. Jack and Joyce Gerrick Turnover of Avoidable Payment | 42,000.00 | 42,000.00 | | 4,800.00 | FA |
| Demand letter sent October 11, 2017;17-04185 adversary filed | | | | | |
| 56. Juan F. Villarreal Turnover of Avoidable Payment | 16,125.00 | 16,125.00 | | 0.00 | FA |
| Demand letter sent October 11, 2017; trustee determined there was no value after further evaluation | | | | | |
| 57. Larry Peterson Turnover of Avoidable Payment | 209,000.00 | 209,000.00 | | 2,500.00 | FA |
| Demand letter sent October 11, 2017; 17-04168 adversary filed | | | | | |
| 58. Leigh Ellis Turnover of Avoidable Payment | 103,750.00 | 103,750.00 | | 0.00 | FA |
| Demand letter sent October 11, 2017; 17-04167 adversary filed; trustee determined there was no value after further evaluation and case was dismissed | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 15-45114 | MXM | Judge: | MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Kjc Auto Title Loan Corp - North Texas | | | | Date Filed (f) or Converted (c): | 12/29/2015 (f) |
| | | | | | 341(a) Meeting Date: | 03/18/2016 |
| For Period Ending: | 09/30/2019 | | | | Claims Bar Date: | 04/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 59.  Linda West  Turnover of Avoidable Payment<br><br>Demand letter sent October 11, 2017 | 55,833.31 | 55,833.31 | | 2,500.00 | FA |
| 60.  Loraine C. Harris  Turnover of Avoidable Payment<br><br>Demand letter sent October 11, 2017; 17-04176 adversary filed  - trustee determined there was no value after further evaluation | 113,333.36 | 113,333.36 | | 0.00 | FA |
| 61.  Matt Scalapino  Turnover of Avoidable Payment<br><br>Demand letter sent October 11, 2017;  trustee determined there was no value after further evaluation | 62,059.93 | 62,059.93 | | 0.00 | FA |
| 62.  Mike Pettke  Turnover of Avoidable Payment<br><br>Demand letter sent October 11, 2017; 17-04178 adversary filed | 39,166.51 | 39,166.51 | | 3,169.00 | FA |
| 63.  Randy Fertitta  Turnover of Avoidable Payment<br><br>Demand letter sent October 11, 2017; 17-04180 adversay filed | 115,638.09 | 115,638.09 | | 2,500.00 | FA |
| 64.  RHOJCOAMT Partnership, Ltd Turnover of Avoidable Payment<br><br>Demand letter sent October 11, 2017; 17-04193 adversary filed - trustee determined there was no value after further evaluation | 49,791.53 | 49,791.53 | | 0.00 | FA |
| 65.  Robert Shaw  Turnover of Avoidable Payment<br><br>Demand letter sent October 11, 2017 | 76,666.63 | 76,666.63 | | 12,500.00 | FA |
| 66.  Stephen McAllister  Turnover of Avoidable Payment<br><br>Demand letter sent October 11, 2017; adv filed - trustee determined there was no value after further evaluation | 115,951.40 | 115,951.40 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-45114 | MXM | Judge: | MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Kjc Auto Title Loan Corp - North Texas | | | | Date Filed (f) or Converted (c): | 12/29/2015 (f) |
| | | | | | 341(a) Meeting Date: | 03/18/2016 |
| For Period Ending: | 09/30/2019 | | | | Claims Bar Date: | 04/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 67. Stephen R. West  Turnover of Avoidable Payment<br><br>Demand letter sent October 11, 2017 | 55,833.31 | 55,833.31 | | 2,500.00 | FA |
| 68. Thomas G. McDonald  Turnover of Avoidable Payment<br><br>Demand letter sent October 11, 2017 -  trustee determined there was no value after further evaluation | 223,333.31 | 223,333.31 | | 0.00 | FA |
| 69. Walter K.L. Ferguson Jr.  Turnover of Avoidable Payment<br><br>Demand letter sent October 11, 2017; Adversary filed: 17-04186 | 49,500.00 | 49,500.00 | | 5,000.00 | FA |
| 70. Void | 0.00 | 0.00 | | 0.00 | FA |
| 71. CSO fees owed as of the Petition Date on accounts for which payment was due on or prior to the Petition Date (u) | Unknown | 0.00 | | 0.00 | FA |
| 72. CSO fees earned as of the Petition Date under the terms of Debtor's agreements with customers, but which were not due and payable as of the Petition Date (u) | Unknown | 0.00 | | 0.00 | FA |
| 73. Void | 0.00 | 0.00 | | 0.00 | FA |
| 74. Anthony Maranville & Shana Stein<br><br>Adversary filed:  17-04169 (global settlement with asset no. 77) | 38,854.17 | 38,854.17 | | 0.00 | FA |
| 75. Elizabeth E. Stein preference fraudulent transfer<br><br>Adversary filed:  17-04190 (global settlement with asset no. 77) | 103,666.71 | 103,666.71 | | 0.00 | FA |
| 76. Stephen L. Stein Sr and Shana L Stein preference fraudulent<br><br>Adversary filed:  17-04192 (global settlement with asset no. 77) | 163,352.85 | 163,352.85 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-45114 MXM | Judge: | MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|
| Case Name: | Kjc Auto Title Loan Corp - North Texas | | | Date Filed (f) or Converted (c): | 12/29/2015 (f) |
| | | | | 341(a) Meeting Date: | 03/18/2016 |
| For Period Ending: | 09/30/2019 | | | Claims Bar Date: | 04/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 77. Russell Stein ind & admin for SEP IRA IRA Rollover & Mary St<br><br>Russell Stein ind & admin for SEP IRA IRA Rollover & Mary Stein ind & admin for IRA; Adversary filed: 17-04195 (global settlement amount includes assets no. 74, 75 and 76) | 2,053,774.68 | 2,053,774.68 | | 30,000.00 | FA |
| 78. Bexar County Preferential Transfer<br><br>Adversary filed: 17-04198 | 41,225.22 | 41,225.22 | | 9,380.44 | FA |
| 79. Bruce Heitz<br><br>preference claim/avoidance action | 55,900.00 | 55,900.00 | | 9,000.00 | FA |
| 80. Frost Insurance<br><br>demand sent; trustee determined there was no value after further evaluation | 22,687.68 | 22,687.68 | | 0.00 | FA |
| 81. Chase card services<br><br>did not pursue - trustee determined there was no value after further evaluation | 18,662.51 | 18,662.51 | | 0.00 | FA |
| 82. George Foster<br><br>demand made; trustee determined there was no value after further evaluation | 5,173.00 | 5,173.00 | | 0.00 | FA |
| 83. June Barrett (u)<br><br>Demand letter sent October 3, 2017; Adv. filed- trustee determined there was no value after further evaluation | 65,855.53 | 65,855.53 | | 0.00 | FA |
| 84. Dawn Schuessler<br><br>Demand Letter Sent October 3, 2017: Adversay filed: 17-04164; trustee determined there was no value after further evaluation | 107,041.51 | 107,041.51 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-45114 | MXM | Judge: | MARK X. MULLIN | Trustee Name: | Marilyn D. Garner, Trustee |
| Case Name: | Kjc Auto Title Loan Corp - North Texas | | | | Date Filed (f) or Converted (c): | 12/29/2015 (f) |
| | | | | | 341(a) Meeting Date: | 03/18/2016 |
| For Period Ending: | 09/30/2019 | | | | Claims Bar Date: | 04/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 85. Catlin Nebens Turnover of Avoidable Payment (u) | 42,750.00 | 42,750.00 | | 0.00 | FA |
| Adv. filed- trustee determined there was no value after further evaluation and case was dismissed | | | | | |
| 86. Remnant Assets Sold to Oak Point Partners, LLC (u) | 6,000.00 | 6,000.00 | | 6,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $8,584,038.15       $8,668,770.63                  $1,203,999.52       $0.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case has been fully administered. Trustee's final report will be submitted to the US Trustee on or before September 30, 2019.

Initial Projected Date of Final Report (TFR): 12/31/2017       Current Projected Date of Final Report (TFR): 12/31/2019

Trustee Signature:    /s/ Marilyn D. Garner, Trustee    Date: 10/31/2019

Marilyn D. Garner, Trustee
2001 E. Lamar Blvd., Suite 200
Arlington, TX  76006
(817)505-1499